UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-7-H

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SADRACK SANTIAGO | |

This matter having come before the Court by motion of the defendant Sadrack Santiago to amend Judgment in a Criminal Case, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the Judgment in A Criminal Case be amended as follows: by adding the following "The court makes the following recommendations to the Bureau of Prisons: That the Court recommends that the Defendant be incarcerated at FCI Otisville."

IT IS SO ORDERED.

This 14th day of December, 2011.

MALCOLM J. HOWARD
Senior United States District Judge